JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JADE GROUP INDIO LLC,<br><br>　　　　Defendant. | Case No. EDCV 25-1927-MWF(SPx)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE |

The Court has considered the parties' Joint Motion to Dismiss with Prejudice (the "Motion"). (Docket No. 20). For good cause shown, the Motion is GRANTED. This action is DISMISSED with prejudice, with each party bearing their own attorneys' fees, costs and expenses.

IT IS SO ORDERED.

Dated: January 13, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-